UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                        2:06-cr-66-FtM-99SPC

JOSE EUGENIO GARCIA

_____

## OPINION AND ORDER

_____This matter comes before the Court on review of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #49) recommending that defendant Jose Eugenio Garcia's Motion to Suppress Search of Residence (Doc. #34) be denied.  On September 11, 2006, defendant filed an Objection (Doc. #54).  The Transcript (Doc. #48) of the suppression hearing before the Magistrate Judge was filed on August 21, 2006.

### I.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b()1; Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir.

1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

**II.**

_____After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, and the objections, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge, and the objections are overruled. There was nothing inherently unlawful about the "knock and talk" procedure, and defendant voluntarily consented to the entry and search of the house.  Accordingly, the Court will adopt the Report and Recommendation and deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #49) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2.  Defendant Jose Eugenio Garcia's Motion to Suppress Search of Residence (Doc. #34) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of September, 2006.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
AUSA
David Brener, Counsel of record